AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Nova Design Build, Inc. and Annex Builders LLC

CASE NUMBER: 08cv2855

V.

ASSIGNED JUDGE: Lindberg

Grace Hotels, LLC., Mukesh Bheda, Lyons Design Group, Inc., Adam Lyons, Robert Walz, JS Capital Construction, Inc. and Jeff Schmitz

DESIGNATED MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

Jeff Schmitz
1955 Hamlin Road
# 103
Rochester Hills, MI 48309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George J. Spathis
Shaw, Gussis, Fishman, Glantz,
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: MAY 1 6 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-20-08 |
| NAME OF SERVER *(PRINT)* KIRKE SEIBERT | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1955 Hamlin Rd #103 Rochester Hills MI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-20-08          [signature]
              Date            Signature of Server

4235 Golf Club Rd Howell MI 48843
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.