AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Nova Design Build, Inc. and Annex Builders LLC

CASE NUMBER: 08cv2855

V.

ASSIGNED JUDGE: Lindberg

Grace Hotels, LLC., Mukesh Bheda, Lyons Design Group, Inc., Adam Lyons, Robert Walz, JS Capital Construction, Inc. and Jeff Schmitz

DESIGNATED MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

Lyons Design Group, Inc.
331 1st Street
Libertyville, IL 60048-2205

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George J. Spathis
Shaw, Gussis, Fishman, Glantz,
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*Yvette Montanez* (signature)

(By) DEPUTY CLERK

MAY 1 6 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | May 19, 2008 |
| NAME OF SERVER (PRINT)  Scott Lazzara | TITLE | Illinois-Licensed Private Detective |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: _____

Lyons Design Group, Inc. c/o Adam Lyons  331 1st Street, Libertyville, IL 60048-2205
11:05 am  (W/M 40's, 5'10" 175 lbs, short dark hair)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-21-08
              Date           Signature of Server

6348 N. Milwuakee, #211, Chicago, IL 60646
Address of Server

"OFFICIAL SEAL"
SHIELA J STEINER
Notary Public, State of Illinois
My Commission Expires 10/30/10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.