IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NOVA DESIGN BUILD, INC. AND ANNEX BUILDERS LLC,** ) | Case **08 C 2855** |
|     Plaintiffs, ) | |
|         v. ) | Judge Samuel Der-Yeghiayan |
| **GRACE HOTELS, LLC, MUKESH BHEDA,** ) | |
| **LYONS DESIGN GROUP, INC, ADAM LYONS, ROBERT WALZ,** ) | Magistrate Judge Valdez |
| **JS CAPITAL CONSTRUCTION, INC., AND JEFF SCHMITZ** ) | |
|     Defendants. ) | |

# NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that on Thursday, June 26, 2008, at 9:00 am, or as soon thereafter as counsel may be heard, Defendants Grace Hotels LLC with Mukesh Bheda, Robert Walz, JS Capitol Construction, Inc., and Jeff Schmitz shall appear before the Honorable Judge Samuel Der-Yeghiayan, Room 1903, 219 S Dearborn, Chicago IL, or any judge sitting in his stead, and present the Motion to Dismiss, a copy of which is attached.

/s/Daniel Kegan/_____
Daniel L. Kegan, ext 21 (IL-ARDC 6187669)
KEGAN & KEGAN, LTD.
Attorneys for Defendants
Grace Hotels, LLC & Mukesh Behda
79 W Monroe #1320
Chicago IL 60603-4969
312•782-6495; Fax 312•782-6494
daniel@keganlaw.com
9 June 2008


**Certificate of Service**

I, the below signed person, certify that on the below date I caused to be served by the Court's ECF system, a copy of this Notice and Motion to Dismiss to others: Plaintiff's counsel**, George J Spathis** at Shaw Gussis Fishman Glantz Wolfson & Towbin Llc, 321 N Clark St #800, Chicago IL 60610 and Lyons counsel, **Werner Sabo**, at Sabo & Zahn, 401 N Michigan Ave #2050, Chicago IL 60611.  9 June 2008.
                                    /s/Daniel Kegan/ _____