IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOVA DESIGN BUILD, INC, and ANNEX BUILDERS LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 CV 2855 |
| GRACE HOTELS, LLC, et al., | ) ) ) | Judge Der-Yeghiayan |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  George J. Spathis, Esq.                Daniel Kegan, Esq.
     Rebecca J. Hanson, Esq.                Kegan & Kegan Ltd.
     Shaw, Gussis, Fishman, et al.          79 West Monroe Street
     321 North Clark Street, Suite 800      Suite 1320
     Chicago, IL 60610                      Chicago, IL 60603

On June 26, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Samuel Der-Yeghiayan, or any judge sitting in his stead in the courtroom usually occupied by him in Room 1903 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and present the enclosed The Lyons Defendants' Motion to Dismiss Counts I, VI and VII of Complaint for Injunctive and Other Relief.

**SABO & ZAHN**

By:   /s/ Werner Sabo

Werner Sabo (No. 3128735)
Shawn E. Goodman (No. 6216155)
Attorneys for the Lyons Defendants
Sabo & Zahn
401 N. Michigan Avenue
Suite 2050
Chicago, IL 60611
(312) 655-8620 (phone)
(312) 655-8622 (fax)
wsabo@sabozahn.com
sgoodman@sabozahn.com

1

CERTIFICATE OF SERVICE

I, the attorney, on oath state that I served copies of this Notice of Motion and its enclosed The Lyons Defendants' Motion to Dismiss Counts I, VI and VII of Complaint for Injunctive and Other Relief on the attorneys listed above by placing the same in properly addressed, postage prepaid envelopes and depositing said envelopes in the U.S. Mail at 401 N. Michigan Avenue, Chicago, Illinois, on or before the hour of 5:00 p.m. on June 9, 2008.

    /s/ Werner Sabo

Werner Sabo (No. 3128735)
Shawn E. Goodman (No. 6216155)
Attorneys for the Lyons Defendants
Sabo & Zahn
401 N. Michigan Avenue
Suite 2050
Chicago, IL 60611
(312) 655-8620 (phone)
(312) 655-8622 (fax)
wsabo@sabozahn.com
sgoodman@sabozahn.com

X:\Business\BUSINESS\Lyons\Grace Hotels 2\Motions\NotMot.wpd