# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Nova Design Build, Inc., et al.

                Plaintiff,

v.                              Case No.: 1:08−cv−02855

                              Honorable Samuel Der−Yeghiayan

Grace Hotels, LLC, et al.

                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendants' motions to dismiss [22], [24] are entered and continued. Plaintiffs' responses to Defendants' motions to dismiss shall be filed by 07/31/08 and Defendants' replies shall be filed by 08/29/08. Status hearing reset to 10/01/08 at 9:00 a.m. Status hearing set for 07/23/08 is stricken. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.